UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

PARKER McCAY P.A.
STUART I. SEIDEN/ SIS 5832
7001 Lincoln Drive / P.O. Box 974
Marlton, New Jersey 08053
(856) 596-8900
Attorney for BAC Home Loans Servicing LP fka Countrywide Home Loans Servicing, LP, its successors and/or assigns

In Re:

LINDA H. TOMARO
xxx-xx-8778

Case No. 09-35452 JHW

Hearing Date: 1/4/2010

Judge: WIZMUR, Chief Justice

Order Filed on
**1/4/2010**
by Clerk U.S. Bankruptcy
Court District of New Jersey

### ORDER VACATING STAY AS TO REAL PROPERTY

The relief set forth on the following page, numbered two (2) is hereby **ORDERED**.

**DATED: 1/4/2010**

_____
Judith H. Wizmur, Chief Judge
United States Bankruptcy Court

LAW OFFICE
**PARKER McCAY P.A.**

**(Page 2)**
Debtor: LINDA H. TOMARO
Case No: 09-35452 JHW
Caption of Order: ORDER VACATING STAY AS TO REAL PROPERTY

---

Upon the motion of BAC Home Loans Servicing LP fka Countrywide Home Loans Servicing, LP, its successors and/or assigns, ("Movant"), under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain real property as herein set forth, and for cause shown, it is hereby:

ORDERED that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following real property:

**80 Centennial Drive, Hammonton, New Jersey 08037, aka Block 4901, Lot 21.10, on the Official Tax Map of the Town Hammonton, County of Atlantic, New Jersey.**

It is further ORDERED that the movant may join the debtor(s) and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor(s), debtor(s)' attorney, any trustee and any other party who entered an appearance on the motion.

LAW OFFICE
**PARKER McCAY P.A.**

*Approved by Judge Judith H. Wizmur January 04, 2010*

# CERTIFICATE OF NOTICE

```
District/off: 0312-1          User: kryan              Page 1 of 1            Date Rcvd: Jan 04, 2010
Case: 09-35452                Form ID: pdf903          Total Noticed: 1
```

The following entities were noticed by first class mail on Jan 06, 2010.
db           +Linda H. Tomaro,    80 Centennial Drive,    Hammonton, NJ 08037-2116

The following entities were noticed by electronic transmission.
NONE.                                                                                                TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 06, 2010**                    **Signature:** *Joseph Speetjens*